# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America | ) | CR-09-242-MJD/FLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION TO** |
| v. | ) | **SUPPRESS OR OTHERWISE** |
| | ) | **EXCLUDE TESTIMONY OR OTHER** |
| Mahamud Said Omar | ) | **EVIDENCE RELATED TO** |
| | ) | **CONFIDENTIAL DUTCH** |
| Defendant. | ) | **IMMIGRATION NOTES** |
| | ) | |
| | ) | |

The Government has submitted a Memorandum in Support of Detention Motion. In its Memorandum, the Government makes reference to subjects that necessarily must be derived from confidential foreign materials without a showing that the Government is entitled to the materials in question. In fact, the opposite is true. These materials are confidential and not subject to disclosure. (Ex. 1, at 54 (redacted)).[1] Moreover, Omar was expressly advised – indeed assured – that he could speak freely with Dutch immigration authorities and without concern that these materials would be released to anyone, including government agencies, without Omar's express permission, which to the defense's knowledge he has not granted. (*Id.*)

In addition, the Government's contentions related to Omar's interactions with Dutch immigration authorities are based on notes that are, by the Government's own acknowledgement, in draft form and in no manner certified for purposes of

---

[1] The purpose of the redaction is to prevent disclosure of information that the defense contends is confidential. If the Court wishes to review an unredacted version, the defense requests the opportunity to submit the materials for the Court's review *in camera*.

authentication. (*Id.*, at Cover Letter.)[2] The defense has not been presented or had the opportunity to review the original notes (which presumably were written originally in Dutch). The defense has no assurance that any translation of these notes was sufficiently accurate to warrant judicial reliance in this criminal case.

If the Government proceeds with its detention arguments on the basis of information that Dutch authorities promised Omar would remain confidential, the defense will be compelled to disclose documents that are inadmissible. The defense respectfully contends that this would be improper.

<u>Conclusion</u>

Based on the foregoing, the defense respectfully requests that any and all references to testimony or other evidence related to the confidential Dutch immigration notes and proceedings be suppressed or otherwise excluded.

Dated: August 25, 2011                    **BRIGGS AND MORGAN, P.A.**

By:/s/ Matthew D. Forsgren
    Matthew Forsgren (#246694)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400

**ATTORNEY FOR DEFENDANT
MUHAMUD SAID OMAR**

---

[2] The defense acknowledges the Government's professional courtesy in alerting the defense to the draft status of these notes. In other words, the defense does not in any way contend that the Government has represented that these notes are in final form.