

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

_____

*600 United States Courthouse*          *(612)664-5600*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*www.usdoj.gov/usao/mn*

August 23, 2011

RECEIVED
AUG 2 3 2011
BY:_____

Matthew D. Forsgren, Esq.
Briggs & Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

     Re:   <u>United States v. Mahamud Said Omar</u>
           No. 09-CR-00242(MJD/FLN)

Dear Mr. Forsgren:

     Enclosed please find a disk containing DRAFT English language of translations of records obtained from the Dutch authorities pertaining to your client (Bates numbers 000118 - 000165). When I receive final versions of these translations, I will disclose them to you.

     Please contact AUSA John Docherty (651-848-1953) or me (612-664-5620) if you have any questions. I can be also be reached at <u>charles.kovats@usdoj.gov.</u>

                Sincerely,

                B. TODD JONES
                United States Attorney

                BY: CHARLES J. KOVATS, JR.
                Assistant U.S. Attorney

CJK:dsk
Encl.



DEFENDANT'S
EXHIBIT
**1**
ALL STATE INTERNATIONAL

Department of Justice [logo]

## Immigration and Naturalization Services (IND)

Registration Center, Schiphol
P.O. Box 3145
2130 KC HOOFDDORP

**Report of first interview**

PROCEDURAL INFORMATION
Beginning of 48-hour time limit      : December 25, 2008; 10:50
End of 48-hour time limit      : December 30, 2008; 08:50

U.S. v. Omar 000118

*I explained that he can speak freely and that everything that we discuss will be treated confidentially. I explained that this means that the authorities in Somalia will never be told that Mr. Omar requested asylum in the Netherlands, and that the information in Mr. Omar's case will never be given to the authorities in Somalia. I also told him that the information in the file will not be provided to third parties without his express permission, unless it is necessary for the implementation of the Aliens Act, and for the supervision of aliens.*
*I informed him that it was important for him to tell the truth.*

54

U.S. v. Omar 000120