## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

United States of America                    )         CR-09-242-MJD/FLN
                                            )
                        Plaintiff,          )
                                            )         **DEFENDANT'S WITNESS AND**
v.                                          )         **EXHIBIT LIST**
                                            )
Mahamud Said Omar                           )
                                            )
                        Defendant.          )
                                            )

During the Detention Hearing set for 10:00 a.m. on August 26, 2011 before the Honorable Michael J. Davis, Defendant Mahamud Said Omar intends to call the following witnesses:

1. Mohamed Omar Osman

2. Abdullahi Sayid Omar

3. Ahmed Sayid Omar

Additionally, during the Detention Hearing, Omar intends to introduce the following exhibits:

1. A map of Somalia drafted by the Department of Field Support, Cartographic Section, United Nations, Map No. 3690 Rev. 8, May 2011.

2. A map of the continent of Africa.

3. A map of the United States of America.

4. Dan Van Lehman and Omar Eno, The Somali Bantu: Their History and Culture (Center for Applied Linguistics, February 2003).

5. Statement of Bart Stapert dated August 15, 2011.

4213415v1
3:45PM

Omar reserves the right to call additional witnesses or introduce exhibit as necessary to rebut testimony, proffered evidence, or exhibits presented by the Government.

Dated: August 25, 2011                      **BRIGGS AND MORGAN, P.A.**


By:/s/ Matthew D. Forsgren
    Matthew Forsgren (#246694)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
(612) 977-8400

**ATTORNEY FOR DEFENDANT**
**MUHAMUD SAID OMAR**

2

4213415v1
3:45PM