UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 09-00242 (MJD/FLN)

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **DISCLOSE POST-CONSPIRACY** |
| v. | ) | **STATEMENTS OF ALLEGED** |
| | ) | **CO-CONSPIRATORS** |
| MAHAMUD SAID OMAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____) | | _____ |

Defendant Omar, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure and Burton v. United States, 391 U.S. 123 (1968); Richardson v. March, 481 U.S. 200 (1987); Cruz v. New York, 481 U.S. 186 (1987); United States v. Garcia, 836 F.2d 385, 390 (8th Cir 1987) for an order as follows:

1. Compelling the Government to give notice and disclosure of intent to use or refer to or introduce at trial the statement(s) or confession(s) of any alleged co-conspirator; and

2. Granting the defendant leave to file motions for suppression and/or motions in limine as indicated by the Government's response and a review of the relevant material.

This motion is based upon the indictment, the United States Constitution, the records and files in the above-entitled actions and any and all other matters which may be presented prior to or at the time of the hearing on the motion.

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated:  2/3/2012

s/ Andrew S. Birrell
Andrew S. Birrell (#133760)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

FELHABER LARSON FENLON & VOGT, PA

s/ Jon M. Hopeman
Jon M. Hopeman (#47065)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANT