UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 09-00242 (MJD/FLN)

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **DISCLOSURE OF RULE** |
| v. | ) | **16(a)(1)(G) MATERIALS** |
| | ) | |
| MAHAMUD SAID OMAR, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Defendant Omar, by and through his undersigned counsel, respectfully moves the Court for an Order directing the Government to disclose expert witness information, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure.

The Court-Ordered discovery should include the following:

1. A written summary of all testimony the government intends to introduce under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case in chief at trial;

2. A description of the witness' opinions, including the bases and reasons therefore; and

3. A record of the witness' qualifications.

As is the practice with the other disclosures required by Rule 16, we request that the production of this information be ordered to take place forthwith.

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated:   2/3/2012        s/ Andrew S. Birrell
Andrew S. Birrell (#133760)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

FELHABER LARSON FENLON & VOGT, PA

s/ Jon M. Hopeman
Jon M. Hopeman (#47065)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANT

2