UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 09-00242 (MJD/FLN)

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION** |
| | ) | **FOR WRITTEN JURY** |
| v. | ) | **QUESTIONNAIRE** |
| | ) | |
| MAHAMUD SAID OMAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

_____

Defendant Omar, by and through his undersigned counsel, respectfully moves this Court to issue a written jury questionnaire to potential jurors prior to jury selection. Defendant further requests the questionnaire be completed by the potential jurors and given to counsel for review at least fourteen days before trial.

Written juror questionnaires are often used where there exists a high risk of prejudicial pretrial publicity. See, e.g., United States v. Davis, 154 F.3d 772, 784 (8th Cir. 1998); see also Walter F. Abbott & John Batt, Eds., A Handbook of Jury Research § 16.05 at 16-6 (1999) ("Supplemental jury questionnaires are now routine in . . . high-profile criminal trials."). The American Bar Association has long endorsed the process. Am. Bar. Ass'n, Principles for Juries and Jury Trials, Principle 11.A (2005); ABA Standards for Criminal Justice Discovery and Trial by Jury, Standard 15-2.2 (3d ed. 1996).

The proposed questionnaire is necessary because of the nature of the case; because of the need to prevent embarrassment of jurors at oral voir dire; because of the need to obtain truthful and confidential answers regarding sensitive and potentially embarrassing questions; because of the need to conserve the Court's time during voir dire; and to insure a fair jury selection process.

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated:    2/3/2012          s/ Andrew S. Birrell
                            Andrew S. Birrell (#133760)
                            333 South Seventh Street, Suite 2900
                            Minneapolis, MN 55402
                            (612) 333-9500

                            FELHABER LARSON FENLON & VOGT, PA


                            s/ Jon M. Hopeman
                            Jon M. Hopeman (#47065)
                            220 South Sixth Street, Suite 2200
                            Minneapolis, MN 55402
                            (612) 339-6321

                            ATTORNEYS FOR DEFENDANT

2