UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 09-00242 (MJD/FLN)

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **NOTICE OF GOVERNMENT'S** |
| v. | ) | **INTENT TO USE RESIDUAL** |
| | ) | **HEARSAY EXCEPTION UNDER** |
| MAHAMUD SAID OMAR, | ) | **RULE 807** |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____)_____

Defendant Omar, pursuant to Rule 807 of the Federal Rules of Evidence, moves the

Court to order the Government to provide adequate notice of its intent to offer any

statement, not specifically covered by the hearsay exceptions set forth in Rule 803 and 804,

but having equivalent circumstantial guarantees of trustworthiness, and to provide notice of

the particulars of the statement, including the name and address of the declarant.

MEMORANDUM IN SUPPORT

As a prerequisite for admitting a statement under Rule 807, a proponent is required

to do the following:

> [A] statement may not be admitted under this exception unless
> the proponent of it makes known to the adverse party
> sufficiently in advance of the trial or hearing to provide the
> adverse party with a fair opportunity to prepare to meet it, the
> proponent's intention to offer the statement and the particulars
> of it, including the name and address of the declarant.

Fed. R. Evid. 807.

By this motion, the defense puts the Government on notice that it seeks advance

notice of any such statements, and the defense requests that this Court require the

Government to provide at least thirty (30) days pretrial notice of any such evidence, including the name and address of the declarant. United States v. Musal, 421 F.Supp.2d 1153, 1161 (S.D.Iowa, 2006). The defense would need adequate notice of the testimony and the name and address of the claimed declarant in order to investigate the statement and declarant and marshal evidence to challenge it, as permitted by Fed.R.Evid. 806.

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated:   2/3/2012        s/ Andrew S. Birrell
Andrew S. Birrell (#133760)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

FELHABER LARSON FENLON & VOGT, PA

s/ Jon M. Hopeman
Jon M. Hopeman (#47065)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANT

2