UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

---

United States of America,

   Plaintiff,

v.

Mahamud Said Omar,

   Defendant.

**DEFENDANT OMAR'S MOTION TO
SUPPRESS STATEMENTS**

---

Defendant Mahamud Said Omar, by and through his undersigned counsel, hereby moves the Court, pursuant to the Fifth and Sixth Amendments to the United States Constitution, Rules 12(b)(3), 5(a)(1) and 4(c) of the Federal Rules of Criminal Procedure, and 18 U.S.C. §3501, to suppress any statements alleged to have been made by the Defendant, together with any derivative evidence, including any "jail calls" and the custodial statements that the Defendant allegedly gave pursuant to law enforcement interrogation in the Netherlands and in the United States. Defendant respectfully requests an evidentiary hearing on this issue.

235962.1

Dated:  February 14, 2012          FELHABER, LARSON, FENLON & VOGT, P.A.


By:    s/Jon M. Hopeman
       Jon M. Hopeman, #47065
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321
(612) 338-0535 (fax)
jhopeman@felhaber.com


                      - and -

GASKINS, BENNETT, BIRRELL, SCHUPP, L.L.P.


By:    s/Andrew S. Birrell
       Andrew S. Birrell, #133760
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9510
(612) 333-9579 (fax)
abirrell@gaskinsbennett.com

ATTORNEYS FOR MAHAMUD SAID OMAR


235962.1                    2