UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

      Plaintiff,

v.

Mahamud Said Omar,

      Defendant.

**DEFENDANT OMAR'S MOTION FOR SUPPRESSION OF IDENTIFICATION EVIDENCE**

Defendant Mahamud Said Omar, by and through his undersigned counsel, hereby moves for suppression of identification evidence on the following grounds:

1.    The display of the defendant, or the display containing the defendant's photograph, or the lineup, or the procedures used to identify the defendant's voice, was so impermissively suggestive as to give rise to a substantial likelihood of irreparable misidentification of the defendant.

2.    Simmons v. United States, 390 U.S. 377 (1968); Neil v. Biggers, 409 U.S. 188 (1972); Manson v. Brathwaite, 432 U.S. 98 (1977); Toua Hong Chang v. Minnesota, 521 F.3d 828, 832-33 (8th Cir. 2008); and United States v. Jones, 535 F.3d 886, 887 (8th Cir. 2008) bar impermissively suggestive showups, photographic displays or lineups.

3.    Sanchell v. Parratt, 530 F.2d 286, 297 (8th Cir. 1976) bars suggestive voice identifications.

This motion is also based upon the Indictment, files, records, and proceedings in this case.

236086.1

Dated:  February 14, 2012          FELHABER, LARSON, FENLON & VOGT, P.A.


By:   s/Jon M. Hopeman
       Jon M. Hopeman, #47065
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321
(612) 338-0535 (fax)
jhopeman@felhaber.com

- and -

GASKINS, BENNETT, BIRRELL, SCHUPP, L.L.P.


By:   s/Andrew S. Birrell
       Andrew S. Birrell, #133760
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9510
(612) 333-9579 (fax)
abirrell@gaskinsbennett.com

ATTORNEYS FOR MAHAMUD SAID OMAR

236086.1

2