UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

         Plaintiff,

v.

Mahamud Said Omar,

         Defendant.

**DEFENDANT OMAR'S MOTION
TO DISMISS COUNTS FOR
MULTIPLICITY**

Defendant Mahamud Said Omar, by his undersigned counsel and pursuant to Federal Rules of Criminal Procedure 12(b)(3) moves to dismiss the indictment for multiplicity.

This Motion is made upon the grounds that no one count of the five counts in the indictment requires proof of a fact that the other counts do not require. Under Blockburger v. United States, 284 U.S. 299, 304 (1932) and United States v. Platter, 514 F.3d 782, 786 (8th Cir. 2008) and United States v. Sandstrom, 594 F.3d 634, 659 (8th Cir. 2010), only one count may, under these circumstances, stand.

This Motion is made upon the Indictment, all files and records in this case, and upon a memorandum of law to be submitted after the Court rules on the accompanying Motion for Bill of Particulars.

237598.1

Dated:  February 14, 2012          FELHABER, LARSON, FENLON & VOGT, P.A.


By:    s/Jon M. Hopeman
       Jon M. Hopeman, #47065
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321
(612) 338-0535 (fax)
jhopeman@felhaber.com


- and -


GASKINS, BENNETT, BIRRELL, SCHUPP, L.L.P.


By:    s/Andrew S. Birrell
       Andrew S. Birrell, #133760
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9510
(612) 333-9579 (fax)
abirrell@gaskinsbennett.com

ATTORNEYS FOR MAHAMUD SAID OMAR

237598.1                          2