UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 09-242 (MJD/FLN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **RESPONSE BY THE UNITED STATES** |
| | ) | **TO DEFENDANT'S MOTION FOR** |
| v. | ) | **DISCLOSURE OF 404 EVIDENCE** |
| | ) | |
| Mahamud Said Omar, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, Assistant United States Attorneys John Docherty, Charles Kovats, and LeeAnn Bell, and Trial Attorney William Narus, respectfully submits its Response to the Defendant's Motion (Docket No. 101) for Disclosure of 404 Evidence.

The United States understands that Fed. R. Evid. 404(b) requires the prosecution in a criminal case to give reasonable notice in advance of trial . . . of the general nature of any such evidence it intends to introduce at trial." The United States recommends that this Court order such notice to be given no later than fourteen days before trial. When compared to the defendant's request for an order mandating delivery of notice sixty days before trial, the government's request may seem disproportionate. When one remembers, however, that Rule 404(b) does not require disclosure of bad acts that are intrinsic to the commission of the offense, one realizes that the volume of material under discussion

may be much smaller than the defendant believes.  Fed. R. Evid. 404(b), Advisory Committee Notes, 1991 Amendments.

The distinction is an important one, as defendant may seek to argue that the prosecution must give notice of all bad acts of which it intends to introduce evidence, which is not so.  *United States v. Adedrian,* 26 F.3d 61 (8th Cir. 1994)(Rule 404(b) notice requirements not applicable to so-called "inextricably intertwined" evidence).

The United States respectfully asks that this Court order notice to be given of other bad acts pursuant to Rule 404(b) no later than fourteen days before trial.

Dated: March 12, 2012                    Respectfully Submitted,

B. TODD JONES
United States Attorney

s/ John Docherty

BY: JOHN DOCHERTY
Assistant US Attorney
Attorney ID No. 017516X

CHARLES J. KOVATS
LEEANN K. BELL
Assistant U.S. Attorneys

WILLIAM NARUS
Trial Attorney
National Security Division