UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 09-242 (MJD/FLN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **RESPONSE BY THE UNITED STATES** |
| | ) | **TO DEFENDANT'S MOTION TO** |
| v. | ) | **COMPEL DISCLOSURE OF EVIDENCE** |
| | ) | **FAVORABLE TO DEFENDANT AND FOR** |
| Mahamud Said Omar, | ) | **IMPEACHING INFORMATION AND** |
| | ) | **EXCULPATORY EVIDENCE** |
| Defendant. | ) | |

The United States of America, by its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, Assistant United States Attorneys John Docherty, Charles Kovats, and LeeAnn Bell, and Trial Attorney William Narus, respectfully submits its Response to the Defendant's Motion (Docket No. 103) for Disclosure of Evidence Favorable to Defendant, and for Impeaching Information (Docket No. 108).

The United States is well aware of its obligations under *Brady v. Maryland,* 373 U.S. 83 (1963), *United States v. Giglio*, 405 U.S. 150 (1972), and the cases following them. Notwithstanding defendant's efforts to exhaustively list all categories of evidence which might fall within the holding of

*Brady* or *Giglio*, the government respectfully submits that the better course is for the Court to enter the *Brady/Giglio* order which is standard in this district.

Dated: March 12, 2012                    Respectfully Submitted,

                                         B. TODD JONES
                                         United States Attorney

                                         s/ John Docherty

                                         BY: JOHN DOCHERTY
                                         Assistant US Attorney
                                         Attorney ID No. 017516X

                                         CHARLES J. KOVATS
                                         LEEANN K. BELL
                                         Assistant U.S. Attorneys

                                         WILLIAM NARUS
                                         Trial Attorney
                                         National Security Division