UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 09-242 (MJD/FLN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **RESPONSE BY THE UNITED STATES** |
| | ) | **TO DEFENDANT'S MOTION FOR** |
| v. | ) | **WRITTEN JURY QUESTIONNAIRE** |
| | ) | |
| Mahamud Said Omar, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, Assistant United States Attorneys John Docherty, Charles Kovats, and LeeAnn Bell, and Trial Attorney William Narus, respectfully submits its Response to the Defendant's Motion (Docket No. 106) for Written Jury Questionnaire.

The government submits that matters concerning the conduct of the trial, including the conduct of jury *voir dire*, are best addressed by the district court. The government respectfully asks

that the defendant's motion be denied without prejudice, and be re-filed with the district court judge as a motion *in limine*.


Dated: March 12, 2012                    Respectfully Submitted,

                                         B. TODD JONES
                                         United States Attorney

                                         s/ John Docherty

                                         BY: JOHN DOCHERTY
                                         Assistant US Attorney
                                         Attorney ID No. 017516X

                                         CHARLES J. KOVATS
                                         LEEANN K. BELL
                                         Assistant U.S. Attorneys

                                         WILLIAM NARUS
                                         Trial Attorney
                                         National Security Division