UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 09-242 (MJD/FLN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **RESPONSE BY THE UNITED STATES** |
| | ) | **TO DEFENDANT'S MOTION FOR** |
| v. | ) | **EARLY DISCLOSURE OF JENCKS** |
| | ) | **ACT MATERIALS** |
| Mahamud Said Omar, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, Assistant United States Attorneys John Docherty, Charles Kovats, and LeeAnn Bell, and Trial Attorney William Narus, respectfully submits its Response to the Defendant's Motion (Docket No. 107) for Early Disclosure of Jencks Act Materials.

The United States objects to this motion. It is contrary to governing precedent of the Eighth Circuit and has no support in the text of the Jencks Act itself. The law in this Circuit follows the plain language of the statute in holding that there is no requirement that the government produce a witness's prior statement before that witness testifies at trial. *United States v. Douglas*, 964 F.2d 738, 741 (8th Cir. 1992); *United States v. White*, 750 F.2d 726, 729 (8th Cir. 1984); *see also, United States v. Finn*, 919 F. Supp. 1305 (D. Minn.)(Davis, J.).

As numerous courts and commentators, some of them quoted in

defendant's motion, have noted, strict adherence to the timetable of the Jencks Act is cumbersome and leads to trial delays.   The government will voluntarily produce prior statements of its trial witnesses fourteen days before trial.

Dated: March 12, 2012                  Respectfully Submitted,

                                       B. TODD JONES
                                       United States Attorney

                                       s/ John Docherty

                                       BY: JOHN DOCHERTY
                                       Assistant US Attorney
                                       Attorney ID No. 017516X

                                       CHARLES J. KOVATS
                                       LEEANN K. BELL
                                       Assistant U.S. Attorneys

                                       WILLIAM NARUS
                                       Trial Attorney
                                       National Security Division