UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 09-242 (MJD/FLN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **RESPONSE BY THE UNITED STATES** |
| | ) | **TO DEFENDANT'S MOTION FOR NOTICE** |
| v. | ) | **OF GOVERNMENT'S INTENT TO USE** |
| | ) | **HEARSAY EXCEPTION UNDER RULE 807** |
| Mahamud Said Omar, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, Assistant United States Attorneys John Docherty, Charles Kovats, and LeeAnn Bell, and Trial Attorney William Narus, respectfully submits its Response to the Defendant's Motion (Docket No. 109) for Notice of Government's Intent to Use Hearsay Exception Under Rule 807.

As of this writing, the United States has no evidence that it will seek to introduce pursuant to the residual hearsay exception of Fed. R. Evid. 807.  Should that situation change, the United States will comply with the rule, which requires prior written notice to the adverse party far enough in advance of trial to allow the adverse party adequate time to meet the evidence.  This may or may not, in the judgment of the trial court, require thirty days' advance written notice.

The government will follow the notice requirement of Fed. R. Evid. 807 (should the occasion to use that rule arise), and has no objection to this Court entering an order requiring it to do so.


Dated: March 12, 2012                Respectfully Submitted,

                                     B. TODD JONES
                                     United States Attorney

                                     s/ John Docherty

                                     BY: JOHN DOCHERTY
                                     Assistant US Attorney
                                     Attorney ID No. 017516X

                                     CHARLES J. KOVATS
                                     LEEANN K. BELL
                                     Assistant U.S. Attorneys

                                     WILLIAM NARUS
                                     Trial Attorney
                                     National Security Division