UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 09-242 (MJD/FLN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **RESPONSE BY THE UNITED STATES** |
| | ) | **TO DEFENDANT'S MOTION FOR** |
| v. | ) | **DISCLOSURE OF PRISON CELL AND** |
| | ) | **LAWYER'S VISITING ROOM** |
| Mahamud Said Omar, | ) | **RECORDINGS UNDER 28 C.F.R.** |
| | ) | **§501(3)(a) AND (d) OR ANY** |
| Defendant. | ) | **OTHER AUTHORITY** |

The United States of America, by its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, Assistant United States Attorneys John Docherty, Charles Kovats, and LeeAnn Bell, and Trial Attorney William Narus, respectfully submits its Response to the Defendant's Motion (Docket No. 113) for Disclosure of Prison Cell and Lawyer's Visiting Room Recordings Under 28 C.F.R. §501(3)(a) and (d) of any Other Authority.

The evidence at the motions hearing will establish that no privileged communications have been intercepted. There will be no

need for the Court to enter an Order on this Motion, which should be denied as moot.


Dated: March 12, 2012                    Respectfully Submitted,

                                         B. TODD JONES
                                         United States Attorney

                                         s/ John Docherty

                                         BY: JOHN DOCHERTY
                                         Assistant US Attorney
                                         Attorney ID No. 017516X

                                         CHARLES J. KOVATS
                                         LEEANN K. BELL
                                         Assistant U.S. Attorneys

                                         WILLIAM NARUS
                                         Trial Attorney
                                         National Security Division