UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 09-242 (MJD/FLN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **RESPONSE BY THE UNITED STATES** |
| | ) | **TO DEFENDANT'S MOTION FOR** |
| v. | ) | **SUPPRESSION OF IDENTIFICATION** |
| | ) | **EVIDENCE** |
| Mahamud Said Omar, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, Assistant United States Attorneys John Docherty, Charles Kovats, and LeeAnn Bell, and Trial Attorney William Narus, respectfully submits its Response to the Defendant's Motion (Docket No. 119) for Suppression of Identification Evidence.

A criminal defendant has no *per se* entitlement to a pretrial hearing on the admissibility of identification evidence, *United States v. Daily*, 488 F.3d 796, 801-803 (8th Cir. 2007). "It is the reliability of identification evidence that primarily determines its admissibility," *Watkins v. Sowders*, 449 U.S. 341, 347 (1981) and cross examination of witnesses making identifications at trial has long been the judicially preferred method of probing the reliability of an identification. *Watkins*, 449 U.S. at 349 ("cross-examination has always been considered a most effective way to ascertain truth").

There were no in-person lineups or showups in this case. There are no other special circumstances that would make a pretrial hearing on the reliability of identification evidence necessary. The motion should be denied.


Dated: March 12, 2012                    Respectfully Submitted,

                                         B. TODD JONES
                                         United States Attorney

                                         s/ John Docherty

                                         BY: JOHN DOCHERTY
                                         Assistant US Attorney
                                         Attorney ID No. 017516X

                                         CHARLES J. KOVATS
                                         LEEANN K. BELL
                                         Assistant U.S. Attorneys

                                         WILLIAM NARUS
                                         Trial Attorney
                                         National Security Division