UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Number 09-242 (MJD/FLN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **RESPONSE BY THE UNITED STATES** |
| Plaintiff, | ) | **TO DEFENDANT'S MOTION FOR** |
| | ) | **DISCLOSURE OF GOVERNMENT FILES** |
| v. | ) | **AND OTHER INFORMATION REGARDING** |
| | ) | **INFORMANTS AND/OR CONFIDENTIAL** |
| Mahamud Said Omar, | ) | **HUMAN SOURCES UNDER ATTORNEY** |
| | ) | **GENERAL'S GUIDELINES** |
| Defendant. | ) | |

The United States of America, by its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, Assistant United States Attorneys John Docherty, Charles Kovats, and LeeAnn Bell, and Trial Attorney William Narus, respectfully submits its Response to the Defendant's Motion (Docket No. 123) for Disclosure of Government Files and Other Information Regarding Informants and/or Confidential Human Sources Under Attorney General's Guidelines.

The defendant is mistaken in thinking that internal guidelines such as the Attorney General's Guidelines create any right or entitlement for defendants in criminal cases. They do not. *United States v. Caceres*, 440 US 741, 751-52 (1979).

The government is in compliance with Fed. R. Crim. P. 16, and will remain so. The government is in compliance with *Brady* and other sources of its Constitutional, due process obligation to disclose materially exculpatory evidence, and will remain so. And

the government will more than comply with the Jencks Act (which only requires disclosure of prior statements of government witnesses after they have testified on direct), by turning over prior witness statements well in advance of trial.

The motion should be denied.

Dated: March 12, 2012

Respectfully Submitted,

B. TODD JONES
United States Attorney

s/ John Docherty

BY: JOHN DOCHERTY
Assistant US Attorney
Attorney ID No. 017516X

CHARLES J. KOVATS
LEEANN K. BELL
Assistant U.S. Attorneys

WILLIAM NARUS
Trial Attorney
National Security Division