RECEIVED
BY MAIL

MAY 0 9 2012

CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 09-CR-242 (MJD/FLN)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MAHAMUD SAID OMAR,

        Defendant.

**STATEMENT OF FACTS IN
SUPPORT OF EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT**

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Mahamud Said Omar, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

1.    I have discussed the need for a continuance with my lawyer.

2.    I understand I will remain in custody even if a continuance is granted.

3.    My lawyers advise me they need more time to investigate.

4.    My lawyers advise me they need more time to decide if we need expert witnesses and if so, to find them.

5.    My lawyers advise they need more time to find documents in the Netherlands.

Based on the above facts, I request that the period of time from now until October 1, 2012 be excluded from the time in which I would otherwise have to be brought to trial on my case.

278817.1



SCANNED
MAY - 9 2012
U.S. DISTRICT COURT MPLS

I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: _May 8_, 2012

_____
Mahamud Said Omar
Defendant

Dated: _May 8_, 2012        Witness:

_____
Jon M. Hopeman
Attorney for Defendant

Date: 04/08/

_____
Interpreter