UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

Plaintiff,

v.

Mahamud Said Omar,

Defendant.

**MOTION IN LIMINE TO BAR GOVERNMENT FROM BRANDING DEFENDANT WITH PEJORATIVE TERMS**

The Defendant, Mahamud Said Omar, by his counsel, moves in limine for the following relief:

1.      Barring the government, its agents, and its witnesses from referring to the defendant during trial as "terrorist," "Jihadi," "Mujahedin," "Al-Queda," "Islamist," "weapons trafficker," or any other pejorative name suggesting he himself is a terrorist.

2.      Barring any trial reference to the events of September 11, 2001.

Our grounds are these:

The defendant is not charged with being a terrorist, nor himself committing any terrorist act. The use of any of the above terms would not be probative of anything, and their prejudice is manifest. Fed. R. Evid. 403. To permit their use, even in closing argument, would cause the jurors to decide out of fear and contempt alone. United States v. Carter, 410 F.3d 1017, 1026 (8th Cir. 2005) ("con man" and "deviate" improper); Malicoat v. Mullin, 426 F.3d 1241, 1256 (10th Cir. 2005) ("evil" and "a monster" improper).

Respectfully submitted,


GASKINS BENNETT BIRRELL SCHUPP, LLP


Dated:  September 10, 2012          s/ Andrew S. Birrell
Andrew S. Birrell (#133760)
Paul C. Dworak (#391070)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500


FELHABER LARSON FENLON & VOGT, PA


   s/ Jon M. Hopeman
Jon M. Hopeman (#47065)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANT

2