UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

        Plaintiff,

v.

Mahamud Said Omar,

        Defendant.

**MOTION IN LIMINE TO BAR
GOVERNMENT FROM PROVING
OR COMMENTING TO JURY ON
POLICY OR LAW ENFORCEMENT
REASONS FOR STATUTES**

The Defendant, Mahamud Said Omar, by his counsel, moves in limine for the following relief:

1.     Barring the government from proving or commenting to the jury on the public policy or law enforcement reasons for passage of the statutes under which the defendant is charged in this case.

Our grounds are these:

Such comments by prosecutors have led to the reversal of convictions in the District of Minnesota. United States v. Norton, 639 F.2d 427, 429 (8th Cir. 1981); United States v. Conrad, 320 F.3d 851 (8th Cir. 2003).

The jurors will be unfamiliar with the statutes. It will be tempting for the prosecution to inform them why we need such laws. It would be grounds for reversal and should be barred.

Respectfully submitted,


GASKINS BENNETT BIRRELL SCHUPP, LLP


Dated: __September 10, 2012___          __s/ Andrew S. Birrell_____
                                        Andrew S. Birrell (#133760)
                                        Paul C. Dworak (#391070)
                                        333 South Seventh Street, Suite 2900
                                        Minneapolis, MN 55402
                                        (612) 333-9500


FELHABER LARSON FENLON & VOGT, PA


__s/ Jon M. Hopeman_____
Jon M. Hopeman (#47065)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANT

2