UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

        Plaintiff,

v.

Mahamud Said Omar,

        Defendant.

**MOTION IN LIMINE TO EXCLUDE
STATEMENTS UNDER
CONFRONTATION CLAUSE**

The Defendant, Mahamud Said Omar, by his counsel, moves in limine for the following relief:

1.      Excluding statements by witnesses to police officers as to telephone numbers.

Our grounds are these:

The government intends to offer statements by citizens to the police as to certain persons using certain telephone numbers. The citizens will not be called – only officers to whom the statements were made.

Here are two examples:

1.      Minneapolis Police Officer Kurt Radke: On August 7, 2008, Abdirashid Ali Omar provided the following as his telephone number: 612-483-4968; and

2.      Minneapolis Police Officer Craig Crisp, Jr.: On July 9, 2007, Mohamoud Ali Hassan provided the following as his telephone number: 612-227-2471.

These statements are hearsay because they are offered to prove the truth of the matters asserted in them. Fed. R. Evid. 801(c). There are not admissible. Fed. R. Evid. 802. There is no exception from Fed. R. Evid. 803 or 804 that applies.

Admission of these statements would also violate the Confrontation Clause of Amendment VI. They are "testimonial" statements. Michigan v. Bryant, 131 S.Ct. 1143 (2011); Davis v. Washington, 547 U.S. 813, 126 S.Ct. 2266 (2006) ("testimonial" statements are those elicited not in response to emergency and the purpose of the interrogation is to establish or prove past events). As such, the Confrontation Clause bars them. Crawford v. Washington, 541 U.S. 36, 124 S.Ct. 1354 (2004).

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP


Dated: __September 10, 2012__     ___s/ Andrew S. Birrell_____
Andrew S. Birrell (#133760)
Paul C. Dworak (#391070)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500


FELHABER LARSON FENLON & VOGT, PA


__s/ Jon M. Hopeman_____
Jon M. Hopeman (#47065)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANT


2