UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

        Plaintiff,

v.

Mahamud Said Omar,

        Defendant.

**MOTION IN LIMINE FOR ONE-ON-ONE JURY SELECTION AND SEQUESTRATION**

The Defendant, Mahamud Said Omar, by his counsel, and consistent with Rule 24, Fed. R. Crim. P., moves the Court for an Order permitting confidential, one-on-one voir dire. Our grounds are these:

1.     This case has garnered extensive publicity concerning Mr. Omar's alleged ties to terrorist organizations.

2.     One of the key questions to be asked is whether any member of the panel has heard of this case. If the response is yes, and the detail is in turn provided to the entire panel, the jurors may be exposed to inadmissible information.

3.     Mr. Omar is a member of three groups reviled by some of our citizens. He is Somali, Islamic, and charged with terror-related offenses. One-on-one voir dire will prevent one prospective juror's views from contaminating those of others. It will also encourage candid responses from the prospective jurors.

4.    Given the attendant publicity that has been and will be generated, much of it concerning inadmissible evidence, Mr. Omar also requests the jury be sequestered throughout the trial.

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated:  September 10, 2012         s/ Andrew S. Birrell
Andrew S. Birrell (#133760)
Paul C. Dworak (#391070)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500

FELHABER LARSON FENLON & VOGT, PA

  s/ Jon M. Hopeman
Jon M. Hopeman (#47065)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANT