UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

Plaintiff,

v.

Mahamud Said Omar,

Defendant.

**MOTION IN LIMINE FOR
ATTORNEY-CONDUCTED VOIR
DIRE OF JURORS**

The Defendant, Mahamud Said Omar, by his counsel, moves in limine for the following relief:

1.      Permitting attorney-conducted voir dire of the prospective jurors.

This motion is made on the grounds that the defendant is a member of three groups reviled by many: he is Somali, he is Islamic, and he is charged with terror-related offenses. Fed. R. Crim. P. 24(a)(1) permits the lawyers to examine the prospective jurors in the Court's discretion. Given the defendant's ethnicity, religion, and the allegations, attorney voir dire is the best way to root out prejudice prospective jurors.

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated:  September 10, 2012         s/ Andrew S. Birrell
Andrew S. Birrell (#133760)
Paul C. Dworak (#391070)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500


FELHABER LARSON FENLON & VOGT, PA


s/ Jon M. Hopeman
Jon M. Hopeman (#47065)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANT