UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

---

United States of America,

              Plaintiff,

v.

Mahamud Said Omar,

              Defendant.

**MOTION IN LIMINE TO
SEQUESTER WITNESSES**

---

The Defendant, Mahamud Said Omar, by his counsel, moves to sequester the government's witnesses as required by Fed. R. Evid. 615.

          Respectfully submitted,

          GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated: _September 10, 2012_     __s/ Andrew S. Birrell_____
          Andrew S. Birrell (#133760)
          Paul C. Dworak (#391070)
          333 South Seventh Street, Suite 2900
          Minneapolis, MN 55402
          (612) 333-9500

          FELHABER LARSON FENLON & VOGT, PA

          __s/ Jon M. Hopeman_____
          Jon M. Hopeman (#47065)
          220 South Sixth Street, Suite 2200
          Minneapolis, MN 55402
          (612) 339-6321

          ATTORNEYS FOR DEFENDANT