UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-024(2) (MJD/FLN)

United States of America,

        Plaintiff,

v.

Mahamud Said Omar,

        Defendant.

**MOTION IN LIMINE TO BAR
GOVERNMENT WITNESSES FROM
TESTIFYING TO THE MEANING OF
COMMON, EVERYDAY LANGUAGE**

The Defendant, Mahamud Said Omar, by his counsel, moves in limine for the following relief:

1.      Barring government witnesses from testifying to the meaning of language used in recorded telephone calls.

Our grounds are these:

The government has provided the defense with English transcripts of telephone calls conducted in the Somali language. The calls happened in November of 2008. The government will contend the defendant is a participant in each call.

The government's expert disclosure shows that Matthew Bryden, its expert, has listened to the calls. Bryden was not a participant in the calls. Bryden speaks Somali.

The government's witnesses, including Bryden, should not be permitted to testify to the meaning of the calls. The calls use common everyday language, well within any jury's understanding. There is no slang, no code used.

When jurors can make a common sense determination of the meaning of tapes without the technical aid of an expert, expert testimony should be excluded. United States v. Davis, 457 F.3d 817, 824 (8th Cir. 2006); United States v. Kime, 99 F.3d 870, 884 (8th Cir. 1996). Such exclusion prevents an expert from usurping "'the exclusive function of the jury to weigh the evidence and determine credibility.'" See United States v. Azure, 801 F.2d 336, 340 (8th Cir. 1986) (quoting United States v. Samara, 643 F.2d 701, 705 (10th Cir. 1981), cert. denied, 454 U.S. 829 (1981)).

The jurors should be left to determine the meaning of the calls without interference.

Respectfully submitted,

GASKINS BENNETT BIRRELL SCHUPP, LLP


Dated:  September 10, 2012      s/ Andrew S. Birrell
Andrew S. Birrell (#133760)
Paul C. Dworak (#391070)
333 South Seventh Street, Suite 2900
Minneapolis, MN 55402
(612) 333-9500


FELHABER LARSON FENLON & VOGT, PA


s/ Jon M. Hopeman
Jon M. Hopeman (#47065)
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402
(612) 339-6321

ATTORNEYS FOR DEFENDANT

2