UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
District Court File No. 09-242 (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>MAHAMUD SAID OMAR,<br><br>    Defendant. | **RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE ACTS AND STATEMENTS IN THE NETHERLANDS** |

The United States of America, through its attorneys, B. Todd Jones, United States Attorney for the District of Minnesota, Assistant United States Attorneys John Docherty, Charles J. Kovats, Jr., and LeeAnn K. Bell, and Justice Department Trial Attorney William M. Narus, respectfully submits this Response to the Defendant's Motion *in Limine* to Exclude Acts and Statements in the Netherlands (Docket No. 224).

The defendant is concerned about the jury hearing evidence that when he arrived in the Netherlands on December 24, 2008 he abandoned his identification documents (United States Permanent Residence Permit or "green card" and Somali passport) and then made a claim for political asylum in the Netherlands. As part of that asylum claim, the defendant was interviewed three times by Dutch immigration authorities.

The United States is not planning to have the defendant's immigration issues in the Netherlands form a part of its case-in-chief. However, if the defendant testifies, his statements to the

Dutch immigration authorities, and his act of abandoning documents showing his connection to the United States of America should be available for cross examination.  Fed. R. Evid. 611(b) allows inquiry on cross-examination into "matters affecting the witness's credibility."  Multiple prior false statements to a government agency are certainly probative of credibility, as is a claim of asylum under false pretenses and the abandonment of documents evidencing one's ties to the United States.

Dated: September 17, 2012          Respectfully Submitted,

                                   B. TODD JONES
                                   United States Attorney

                                   S/ John Docherty


                                   BY: JOHN DOCHERTY
                                   Assistant US Attorney
                                   Attorney ID No. 017516X

                                   CHARLES J. KOVATS, JR.
                                   LEEANN K. BELL
                                   Assistant U.S. Attorneys

                                   WILLIAM M. NARUS
                                   Trial Attorney
                                   National Security Division
                                   U.S. Department of Justice