UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

**ORDER**
Criminal No. 09-242 (MJD)

Mahamud Said Omar,

    Defendant.

_____

    John Docherty, Charles J. Kovats, Jr. and LeeAnn K. Bell, Assistant United States Attorneys and William M. Narus, Trial Attorney, U.S. Department of Justice, Counsel for Plaintiff.

    Andrew S. Birrell and Paul C. Dworak, Gaskins Bennett Birrell Schupp, LLP and Jon M. Hopeman, Felhaber Larson Fenlon & Vogt, PA, Counsel for Defendant.

_____

    This matter is before the Court on the Government's motions in limine. Based on the file, record and proceedings herein,

    IT IS HEREBY ORDERED that:

1.     The Government's Motion to Exclude Evidence Concerning History of Vught Prison and the Death Penalty [Doc. No. 269] is GRANTED; and

2. The Government's Motion to Preclude Defendant from Eliciting Hearsay Statements [Doc. No. 271] is GRANTED in part and DENIED in part as follows: the motion is DENIED with respect to Defendant's statements during the Rotterdam and Vught Prison interviews, and GRANTED in all other respects.

Date: October 17, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court