UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-242(1) (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) VERDICT FORM |
| v. | ) |
| | ) |
| MAHAMUD SAID OMAR, | ) |
| | ) |
| Defendant. | ) |

1.    We the jury find the defendant, Mahamud Said Omar,

Not Guilty _____         Guilty __X__

as charged in Count 1 of the Indictment.

2.    We the jury find the defendant, Mahamud Said Omar,

Not Guilty _____         Guilty __X__

as charged in Count 2 of the Indictment.

3.    We the jury find the defendant, Mahamud Said Omar,

Not Guilty _____         Guilty __X__

as charged in Count 3 of the Indictment.

SCANNED
OCT 1 8 2012
U.S. DISTRICT COURT MPLS

4.    We the jury find the defendant, Mahamud Said Omar,

Not Guilty _____        Guilty ___X___

as charged in Count 4 of the Indictment.

5.    We the jury find the defendant, Mahamud Said Omar,

Not Guilty _____        Guilty ___X___

as charged in Count 5 of the Indictment.

Dated: 10/18/2012                      **SIGNATURE REDACTED**

Šignature of Jury Foreperson

**SIGNATURE REDACTED**

**SIGNATURE REDACTED** ➤

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**

**SIGNATURE REDACTED**