# UNITED STATES DISTRICT COURT
## District of Minnesota
# NOTICE OF APPEAL

USCA 8 NO _____

United States of America

| Plaintiff | | 09-CR-242 (MJD/FLN) |
|---|---|---|
| vs | Number | District Court Docket |
| Mahamud Said Omar | | Judge Michael J. Davis |
| Defendant | | District Court Judge |

Notice is given that    Mahamud Said Omar    appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment & Commitment entered in this action on    May 13, 2013

| s/ Andrew S. Birrell | Andrew S. Birrell |
|---|---|
| Signature of Defendant's Counsel | Typed name of Defendant's Counsel |
| 333 South 7th Street, Suite 2900 | (612) 333-9500 |
| Street Address/Room Number | Telephone Number |
| Minneapolis    MN    55402 | 5/14/2013 |
| City    State    Zip | Date |

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

| X    Please Prepare a transcript of: | I am not ordering a transcript because |
|---|---|
| √    Pre-trial proceedings | Previously filed |
| √    Testimony or | Other (Specify) |
| Portions thereof | |
| √    Sentencing | |
| Post Trial Proceedings | |
| √    Other (Specify)    Opening Statements, Closing arguments, Voir Dire, Jury Instructions | |

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____ Funds, _X_____ CJA Form 24 completed

s/ Andrew S. Birrell                                                5/14/2013

Attorney's Signature                                      Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address :     **ADDRESS REDACTED**

     **ADDRESS REDACTED**

2. Date of Sentence:    5/13/2013        √  Jury            Non-Jury

   Offenses:    18 U.S.C. 956(a)(1) -  Conspiracy to kill, kidnap, or maim

   18 U.S.C. 2339A(a) – Conspiracy to provide material support to terrorists

   18 U.S.C. 2339B – Conspiracy to provide material support to terrorist org.

   Trial Testimony - Number of days        ~11      Bail Status:

3. Sentence and Date Imposed:    240 months. This term consists of 180 months on Counts 1, 2, 3, 4 and 240 months on Count 5, all to be served concurrently

   Date Sentence Imposed: 5/13/2013

4. Appealing:        Sentence            Conviction        Both √

   Challenging:        Application of Sentencing Guidelines

   Constitutionality of Guidelines

   √    Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:        5/14/2013

   Stenographer in Charge :        Lori Simpson

   (Name, Address, Phone)        300 South 4th Street, Minneapolis, MN 55415, #15E

   612 664-5104

6. Trial Counsel Was:        Appointed (no fee        Retained (filing fee $455
   Andrew Birrell, Jon        required)        unless IFP granted)
   Hopeman,

   Does Defendant's financial status warrant appointment of counsel on appeal?

   √    Yes            No

   Affidavit of Financial Status filed:

   Is there any reason why trial counsel should not be appointed as counsel on appeal?

   Yes        √    No

7. Assistant US Attorney Name and Phone Number:    John Docherty

   651 848-1950

### Court Reporter Acknowledgment

Date Order Received        Estimated Completion Date        Est. Number of Pages

Court Reporter Signature                Date

Noticeofappeal (11/05)