## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### District Court File No. 09-242 (MJD/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ON DEFENDANT'S** |
| | ) | **MOTION FOR AN ORDER** |
| v. | ) | **STATING THE COURT** |
| | ) | **WOULD GRANT A HEARING** |
| MAHAMUD SAID OMAR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion for an Order Stating the Court Would Grant a Hearing, Doc #308. Having considered the matter, and based on all the files and records in this case, the Court determines the motion raises a substantial issue warranting further hearing and a decision by this Court. Pursuant to Fed. R. Crim. P. 37(a) and Fed. R. App. P. 12.1, the Court states it would grant a hearing to determine the issues raised in the motion if the Court of Appeals remands this case for that purpose. Pursuant to Fed. R. App. P. 12.1, the parties are directed to promptly notify the clerk of the United States Court of Appeals for the Eighth Circuit of this Order.

Dated:  May 29, 2013         s/ Michael J. Davis
                             Michael J. Davis
                             Chief Judge
                             United States District Court